AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

**\*\*\*\*** DISTRICT OF   NEVADA

VICTOR TAGLE,

     Plaintiff,

V.

STATE OF NEVADA, et al.

     Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:   **3:16-cv-00222-RCJ-VPC**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice based on Plaintiff's failure to pay the $400.00 filing fee in compliance with this Court's December 6, 2016, order (ECF No. 8).

  February 16, 2017                                             **DEBRA K. KEMPI**
                                                                               Clerk

                                                                             /s/  D. R. Morgan
                                                                              Deputy Clerk